## IN THE MATTER OF LIEUT. LOCKMORE, A BRITISH OFFICER, ET AL.

JOURNAL ENTRIES (1815): *Journal 2:* (1) Witness ordered subpoenaed *p. 484; (2) rule for attachment *p. 485; (3) transcript of proceedings ordered transmitted *p. 488.

PAPERS IN FILE: [None]

## IN THE MATTER OF JOSEPH LARIVIERE

JOURNAL ENTRIES (1815): *Journal 2:* (1) Petitioner discharged, John David ruled to pay costs *p. 485.

PAPERS IN FILE: (1) Petition, copy of execution; (2) writ of ca. sa. for costs.